serve an answer to the answer of its codefendant, granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THOMAS A. LEDWITH, Appellant, v. SUN-HERALD CORPORATION and Others, Respondents. NEW YORK TRIBUNE, INC., Defendant.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

THOMAS A. LEDWITH, Appellant, v. SUN-HERALD CORPORATION and Others, Defendants. NEW YORK TRIBUNE, INC., Respondent.— Motion to dismiss appeal granted. Present — Lazansky, P. J., Kapper, Hagarty, Seeger and Scudder, JJ.

ROSE MAGGI, Appellant, v. GUISEPPI A. SABATINI and ROSA SABATINI, Respondents.— Motion for extra allowance of costs denied. The decision of May 31, 1928 (ante, p. 671), is hereby amended so as to allow costs to appellant. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

RAIMONDO MALULO, Respondent, v. RESOLVED CORPORATION, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EDGAR C. ACKERMAN, Doing Business under the Firm Name and Style of HOUGHTON & DORAN, and Others, Defendants. CARLISLE ROWNTREE, Appellant. (Appeal No. 1.) — Motion for leave to appeal to the Court of Appeals granted. Questions proposed certified. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN McCORMACK, Appellant. JOHN POTTS and EUGENE BREE, Defendants.— Motion to enlarge time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VIOLA NEWTON, Appellant.— Motion to enlarge time to perfect and argue appeal granted upon condition that appellant perfect the appeal for the October term (for which term the case is set down) and be ready for argument when reached; otherwise, motion denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS ROMANO, Appellant.— Motion for permission to file notice of appeal nunc pro tunc denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LOUIS R. SCHWARTZ, Appellant.— Motion for reargument denied. (People v. Cignarale, 110 N. Y. 23, 29; Code Crim. Proc. § 332.) Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ELMER H. LEMON, District Attorney of Orange County, Respondent, v. MILDRED ELMORE, Defendant. SALVATORE CAPARBO, Appellant.— Motion for stay granted. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. AARON WOLLENS, Appellant, v. ROSE WOLLENS, Respondent.— Motion to modify decision denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.

WILLIAM PITT, Respondent, v. ROBERT FINLAY, Appellant.— Motion to dismiss appeal denied. Present — Lazansky, P. J., Young, Hagarty, Carswell and Scudder, JJ.